

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CAMERON ARNOLD (01)
a/k/a "Autumn Hill"
ZACHARY EVETTS (02)

No.

4-25CR-259-P

## INDICTMENT

The Grand Jury Charges:

## The Attack

1.      Late at night on the Fourth of July, 2025, a North Texas Antifa Cell (Antifa Cell) of at least eleven operatives, clad in black and donning masks, some of whom were wearing body armor and carrying firearms, attacked the Prairieland Detention Center (Prairieland) in Alvarado, Texas. The U.S. Department of Homeland Security was using Prairieland to house illegal aliens awaiting deportation. Members of the Antifa Cell began shooting fireworks towards the facility and vandalizing vehicles and a guard shed. Alarmed at the presence of people near the facility late at night, DHS correctional officers inside the facility went outside to investigate. Other DHS personnel called local police for assistance. Within minutes, an officer from the Alvarado Police Department arrived on scene, stepped out of his cruiser, and began issuing commands to a black-clad figure running towards another black-clad figure holding a rifle. One Antifa member—Coconspirator-1—yelled, "get to the rifles."

Indictment – Page 1

Seconds later, Coconspirator-1 opened fire on the officers, striking the Alvarado police officer in the neck area as the unarmed correctional officers ducked and ran for cover. The wounded officer fell to the ground but was able to return a few shots. Coconspirator-1 continued to fire additional rounds until his rifle jammed. The attackers then left the scene.

2.     Police arrested most of the Antifa Cell shortly after the attack, many near the scene of the attack, including **Zachary Evetts**. Police arrested **Cameron Arnold** the following day.

### The Antifa Cell

3.     Antifa is a militant enterprise made up of networks of individuals and small groups primarily ascribing to a revolutionary anarchist or autonomous Marxist ideology, which explicitly calls for the overthrow of the United States Government, law enforcement authorities, and the system of law. Antifa adherents have espoused insurrection and advocated violence to affect the policy and conduct of the U.S. government by intimidation and coercion. Beginning in 2025, Antifa adherents have increasingly targeted agents and facilities related to DHS's Immigration and Customs Enforcement (I.C.E.) in opposition to I.C.E.'s deportation actions and the U.S. government's policy on the removal of illegal aliens.

4.     Others in the Antifa Cell looked to Coconspirator-1 as a leader. Coconspirator-1 also trained Antifa Cell members on firearms and close-quarters combat.

5.    The Antifa Cell was heavily armed with over 50 firearms that they purchased in Fort Worth, Grand Prairie, Dallas, and elsewhere. Coconspirator-1, for example, bought and built numerous AR-platform rifles, some of which he distributed to his co-defendants, and at least one of which featured a binary trigger. A binary trigger is a device that allows a firearm to fire more rapidly by causing two bullets to fire with each trigger cycle.

6.    The Antifa Cell used an encrypted messaging app to coordinate with each other. Some of these apps allowed for group chats, and some had auto-delete or delete-after-a-defined-time functions, which caused communications among the Antifa Cell to be permanently deleted. Most Antifa Cell members used monikers in the chat groups to further hide their true identities.

### The Plan

7.    In the days prior to July 4, 2025, the Antifa Cell planned and coordinated the attack against Prairieland using an encrypted messaging app. The goal of the attack was to destroy U.S. government property and commit acts dangerous to human life intended to influence the policy of the U.S. government and affect government conduct by intimidation and coercion. As one member stated in an encrypted chat, "I'm done with peaceful protests" and "Blue lives don't matter."

Indictment – Page 3

8.      Some Antifa Cell members discussed logistics, previous site reconnaissance, and locations of security cameras at the facility. They exchanged a map of Prairieland and the surrounding area that showed the locations of nearby police stations. And they planned what materials to bring to the attack, including firearms, medical kits, and fireworks. One Antifa Cell member, for example, said in one group chat that they would be "bringing a wagon to hold armor and rifles." Coconspirator-1 told the group that they would use rifles to intimidate law enforcement, saying, "Cops are not trained or equipped for more than one rifle so it tends to make them back off."

9.      Some members of the Antifa Cell staged at a house on the evening of the planned attack. The members of the Antifa Cell at Prairieland that night were dressed in "black bloc." They brought a total of ten firearms to Prairieland, four of which were purchased by Coconspirator-1. The firearm Coconspirator-1 used to shoot at the victim officers was an AR-platform rifle that had a functioning binary trigger.

10.     Paragraphs 1 through 9 are incorporated in each Count of this Indictment.

**[Remainder of page intentionally left blank]**

<u>Count One</u>
Providing Material Support to Terrorists
(Violation of 18 U.S.C. § 2339A)

In and around June and July 2025, in the Northern District of Texas and elsewhere, the defendants, **Cameron Arnold**, also known as Autumn Hill, and **Zachary Evetts**, conspired and agreed with each other and other persons known and unknown, to provide and attempt to provide material support and resources, as those terms is defined in 18 U.S.C. § 2339A(b)(1), and to conceal and disguise the nature of material support and resources, including property, services, training, communications equipment, weapons, explosives, personnel (including themselves), and transportation, knowing and intending that they were to be used in preparation for, and in carrying out, violations of 18 U.S.C. §§ 1361 and 1114, and in preparation for and carrying out the concealment of an escape from such violations.

All in violation of 18 U.S.C. § 2339A.

<u>Count Two</u>
Attempted Murder of Officers and Employees of the United States
(Violation of 18 U.S.C. §§ 1114(a)(3) and 2)

On or about July 4, 2025, in the Northern District of Texas, Coconspirator-1, aided and abetted by **Cameron Arnold**, also known as Autumn Hill, **Zachary Evetts**, and others known and unknown, did, with malice aforethought, unlawfully attempt to kill Correctional Officer-1, a federal officer and employee engaged in and on account of the performance of his/her official duties.

In violation of 18 U.S.C. §§ 1114(a)(3) and 2.

<u>Count Three</u>
Attempted Murder of Officers and Employees of the United States
(Violation of 18 U.S.C. §§ 1114(a)(3) and 2)

On or about July 4, 2025, in the Northern District of Texas, Coconspirator-1, aided and abetted by **Cameron Arnold**, also known as Autumn Hill, **Zachary Evetts**, and others known and unknown, did, with malice aforethought, unlawfully attempt to kill Correctional Officer-2, a federal officer and employee engaged in and on account of the performance of his/her official duties.

In violation of 18 U.S.C. §§ 1114(a)(3) and 2.

## Count Four
### Attempted Murder of Officers and Employees of the United States
### (Violation of 18 U.S.C. §§ 1114(a)(3) and 2)

On or about July 4, 2025, in the Northern District of Texas, Coconspirator-1, aided and abetted by **Cameron Arnold**, also known as Autumn Hill, **Zachary Evetts**, and others known and unknown, did, with malice aforethought, unlawfully attempt to kill Alvarado Police Department Officer-1, a person assisting a federal officer and employee engaged in and on account of the performance of his/her official duties.

In violation of 18 U.S.C. §§ 1114(a)(3) and 2.

<u>Count Five</u>
Discharging a Firearm During, in Relation to, and in Furtherance of a Crime of Violence
(Violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.)

On or about July 4, 2025, in the Northern District of Texas, Coconspirator-1, aided and abetted by **Cameron Arnold**, also known as Autumn Hill, **Zachary Evetts**, and others known and unknown, knowingly discharged a firearm, namely a rifle, during and in relation to a crime of violence, namely, attempted murder of a federal officer, in violation of 18 U.S.C. § 1114, as charged in Count Two of this Indictment, for which the defendants may be prosecuted in a court of the United States.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.

<u>Count Six</u>
Discharging a Firearm During, in Relation to, and in Furtherance of a Crime of Violence
(Violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.)

On or about July 4, 2025, in the Northern District of Texas, Coconspirator-1, aided and abetted by **Cameron Arnold**, also known as Autumn Hill, **Zachary Evetts**, and others known and unknown, knowingly discharged a firearm, namely a rifle, during and in relation to a crime of violence, namely, attempted murder of a federal officer, in violation of 18 U.S.C. § 1114, as charged in Count Three of this Indictment, for which the defendants may be prosecuted in a court of the United States.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.

Count Seven

Discharging a Firearm During, in Relation to, and in Furtherance of a Crime of Violence
(Violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.)

On or about July 4, 2025, in the Northern District of Texas, Coconspirator-1, aided

and abetted by **Cameron Arnold**, also known as Autumn Hill, **Zachary Evetts**, and

others known and unknown, knowingly discharged a firearm, namely a rifle, during and

in relation to a crime of violence, namely, attempted murder of a person assisting a

federal officer, in violation of 18 U.S.C. § 1114, as charged in Count Four of this

Indictment, for which the defendants may be prosecuted in a court of the United States,

and in so doing knowingly discharged said firearm in furtherance of the commission of

this offense.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.

A TRUE BILL.

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Shawn.Smith2@usdoj.gov

_____
FRANK L. GATTO
Assistant United States Attorney
Texas State Bar No. 24062396
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Frank.Gatto@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

CAMERON ARNOLD (01)
a/k/a "Autumn Hill"
ZACHARY EVETTE (02)

INDICTMENT

18 U.S.C. § 2339A
Providing Material Support to Terrorists
Count 1

18 U.S.C. §§ 1114(a)(3) and 2
Attempted Murder of Officers and Employees of the United States
Counts 2-4

18 U.S.C. §§ 924(c)(1)(A)(iii) and 2
Discharging a Firearm During, in Relation to, and in Furtherance of a Crime of Violence
Counts 5-7

A true bill rendered

FORT WORTH    _MMDANEK_    FOREPERSON

Filed in open court this 15th day of October, 2025.

-------------------------------------------------------------------------

**In Federal custody.**

_Hal R. Ray, Jr._
UNITED STATES MAGISTRATE JUDGE
Pending Criminal Matter: 4:25-MJ-452-BJ