**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | §    **CAUSE NO.: 4:25-cr-00259-P** |
| | § |
| **ZACHARY EVETTS (02)** | § |
| | § |

**ORDER ON DEFENDANT ZACHARY EVETTS' OMNIBUS MOTION IN LIMINE
TO EXCLUDE EVIDENCE UNDER FED. R. EVID. 401, 403, 404(b), AND 801**

Having considered Defendant Evetts' Motions in Limine, and the argument of counsel, the Court ORDERS as follows:

1. As to the Motion in Limine to Preclude Introduction of, or Reference to, Statements of Alleged Co-Conspirators, the Motion is hereby:

_____ GRANTED                    _____ DENIED

2. As to the Motion in Limine to Preclude the Government's Use of Prejudicial Terms, the Motion is hereby:

_____ GRANTED                    _____ DENIED

3. As to the Motion in Limine to Preclude Introduction of Items Seized from Vehicle and Residence, the Motion is hereby:

_____ GRANTED                    _____ DENIED

4. As to the Motion in Limine to Preclude Introduction of Unnoticed Evidence Under FRE 404(b), the Motion is hereby:

_____ GRANTED                    _____ DENIED

5. As to the Motion in Limine to Preclude Summary Testimony or Documents, the Motion is hereby:

_____ GRANTED                    _____ DENIED

SIGNED on the _____ day of _____, 2025.

_____

HONORABLE JUDGE PRESIDING