

# LAW OFFICE OF PATRICK J MCLAIN, PLLC

900 Jackson Street, Suite 640  
Dallas, Texas 75202  
e-mail: patrick@patrickjmclain.com

402 West Broadway, Suite 1230  
San Diego, California 92101  
phone: 214.416.9100

22 October 2025

Office of the US Attorney, Northern District of Texas  
(Attn: AUSAs Shawn Smith and Frank L. Gatto)  
801 Cherry Street, Suite 1700  
Fort Worth, Texas 76102

Subj:   SECOND REQUEST FOR DISCOVERY UNDER FED.R.CRIM.PRO. 16 IN THE CASE OF US v. ARNOLD et al (NDTX CASE NO. 4:25-CR-00259-P)

Ref:   (a) Federal Rule of Criminal Procedure 16  
         (b) scheduling order (NDTX No. 4:25-CR-00259-P (doc. 84) dated 21 Oct 25

1. This is our first supplemental, or second, discovery request under reference (a) and case law pertaining to discovery in federal criminal cases. Please let us know when you receive this request. Reference (b) permits you seven days to respond to this request, but we request at least an initial response by 0900 on Monday 27 October 2025, since that day is our deadline for motions in limine, which may touch on discovery or evidentiary issues.

2. Since some discovery has already been provided in this matter, if discovery has already been provided which is responsive to portions of this request, please describe with particularity the discovery; i.e., by identifying the corresponding file(s) using the filename(s) regarding that prior discovery. Please send me an unredacted copy of any evidence previously provided, but redacted, and any additional evidence responsive to this request.

3. Pursuant to Federal Rule of Evidence 404(b), please provide all evidence or information pertaining to uncharged crimes, wrongs, or acts allegedly committed by Mr. Evetts which the Government intends to offer at trial.

4. Pursuant to Federal Rule of Evidence 807, please provide notice of any hearsay statement, including its substance and the declarant's name, the Government intends to offer that is not admissible under a hearsay exception in Rule 803 or 804.

Semper Fidelis,

*Patrick J. McLain*  
Patrick J. McLain