

## LAW OFFICE OF PATRICK J McLAIN, PLLC

| | |
|---|---|
| 900 Jackson Street, Suite 640 | 402 West Broadway, Suite 1230 |
| Dallas, Texas 75202 | San Diego, California 92101 |
| e-mail: patrick@patrickjmclain.com | phone: 214.416.9100 |

___

27 October 2025

Office of the US Attorney, Northern District of Texas
(Attn: AUSAs Shawn Smith and Frank L. Gatto)
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102

Subj:  THIRD REQUEST FOR DISCOVERY UNDER FED.R.CRIM.PRO. 16 IN THE CASE OF US v. ARNOLD et al (NDTX CASE NO. 4:25-CR-00259-P)

Ref:   (a) Federal Rule of Criminal Procedure 16
       (b) scheduling order (NDTX No. 4:25-CR-00259-P (doc. 84) dated 21 Oct 25
       (c) Request for Discovery under Fed. R. Crim. Pro. 16 in the Case of U.S. v. Arnold et al (NDTX Case No. 4:25-CR-00259-P) dated 22 Oct 25

1. This is our second supplemental, and third overall, discovery request under reference (a) and case law pertaining to discovery in federal criminal cases.  Please let us know when you receive this request.  Reference (b) permits you seven days to respond to this request, but we request at least an initial response by 1700 on Friday 31 October 2025, in order to be prepared to file a motion to compel discovery, if necessary, by the court's 3 November 2025 deadline.

2. Since some discovery has already been provided in this matter, if discovery has already been provided which is responsive to portions of this request, please describe with particularity the discovery; i.e., by identifying the corresponding file(s) using the filename(s) regarding that prior discovery.  Please send me an unredacted copy of any evidence previously provided, but redacted, and any additional evidence responsive to this request.

3. Please note that a negative response, if applicable, is requested with respect to many paragraphs below.  Please also note the court's requirement that the "government must respond in writing to any request made in accordance with" paragraph 3 of the scheduling order.

4. Please provide a full copy of any pamphlets, literature, or other material perceived by the Government to be propaganda or ideological in nature which it has seized in this case and which it intends to introduce at trial or reference in any way during direct or cross examination during trial.  This is a more specific request for matters already requested at paragraphs 3 through 6 of reference (c).  A negative response is requested, if applicable.

5. Please provide any recordings (and transcripts of the same, if prepared) and copies of all communications made by Mr. Evetts from jail since his arrest on 4 July 2025.  This is a more specific request for matters already requested at paragraph 7 of reference (c).  A negative response is requested, if applicable.

Subj:  REQUEST FOR DISCOVERY UNDER FED.R.CRIM.PRO. 16 IN THE CASE OF US v. ARNOLD et al (NDTX CASE NO. 4:25-CR-00259-P)

6. Notwithstanding 18 U.S.C. § 3500, and in accordance with the scheduling order in this case, please provide any statement subject to disclosure under the Jencks Act as soon as the witness who made the statement is identified as one the Government intends to call in its case in chief. This will help facilitate an orderly trial and maximize judicial economy. This is a more specific request for matters already requested at paragraph 9(c) of reference (c).

7. Please provide any and all arrest and conviction records of all persons the Government intends to call as a witness. This is a second request for matters already requested at paragraph 11 of reference (c). A negative response is requested, if applicable.

8. Please provide any gunshot residue testing conducted on the person of Mr. Evetts in this case. This is a more specific request for matters already requested at paragraph 14 of reference (c). A negative response is requested, if applicable.

9. Please provide all records prepared or held by any law enforcement agency concerning accountability for ammunition fired, or use of force, by local or federal law enforcement personnel on 4 July 2025. This is a more specific request for matters already requested at paragraph 17(b) of reference (c). A negative response is requested, if applicable.

10. Please provide the names of all government investigators who have participated, or are presently participating, in the investigation of this case, as well as their accreditation, any previous law-enforcement or investigative jobs held, and a statement as to their length of service in such jobs. This is a second request for matters already requested at paragraphs 17(c) of reference (c).

11. Please provide any evidence of the revocation or suspension of the credentials of any investigators involved in this case, or evidence that any investigator was a subject or suspect in an internal affairs investigation. This is a second request for matters already requested at paragraph 17(d) of reference (c). A negative response is requested, if applicable.

12. Please provide copies of any ballistics testing conducted on any firearm or ammunition related to this case. This is a second request for matters already requested at paragraph 17(g) of reference (c). A negative response is requested, if applicable.

13. If Mr. Evetts was subjected to a pre-textual phone call, text message exchange, or meeting, whether recorded or not, *and whether he engaged in the conversation or not,* please provide the time, date, and persons involved with such a pre-textual exchange, and copies of all documentation or correspondence relating to the exchange. But for the italicized language, this is a second request for matters already requested at paragraph 17(h) of reference (c). A negative response is requested, if applicable.

14. Please provide evidence or information of any promises of immunity or leniency which have been made to any potential witness for the Government by law enforcement, prosecutorial, or other Government personnel. This includes the contents of any formal or informal pretrial agreement reached with any co-conspirator or potential witness. This is a second request for matters already requested at paragraph 18 of reference (c). A negative response is requested, if

Subj:   REQUEST FOR DISCOVERY UNDER FED.R.CRIM.PRO. 16 IN THE CASE OF
        US v. ARNOLD et al (NDTX CASE NO. 4:25-CR-00259-P)

applicable.

15.  Please provide any audio or video recordings, and transcripts previously prepared of such recordings, as well as any written communication, between or among law enforcement personnel related to the events on the evening of 4 July 2025 described in the indictment in this case.  This request specifically includes, but is not limited to, communications between or among federal law enforcement, Prairieland Detention Center personnel, and local law enforcement requesting assistance.  It includes any text messages, mobile data terminal messages, or communications, as well as any other formal or informal communications among officers.  This is a more specific request for matters already requested at paragraph 19 of reference (c).  A negative response is requested, if applicable.

16.  Please provide any medical records prepared as a direct result of the charged conduct in this case, specifically but not necessarily limited to medical treatment records involving the wounded officer identified in the indictment in this case.  This is a second request for matters already requested at paragraph 20 of reference (c).  A negative response is requested, if applicable.

17.  Please provide any and all evidence, documentation, or other information relied upon by law enforcement personnel and prosecutors to conclude that the group identified in the indictment as "a North Texas Antifa Cell" does indeed constitute or self-identifies as "a military enterprise made up of network of individuals and small groups primarily ascribing to a revolutionary anarchist or autonomous Marxist ideology which explicitly calls for the overthrow of the United States Government, law enforcement authorities, and the system of law." or similar description.  This is a second request for matters already requested at paragraph 21 of reference (c).

18.  Please provide any and all evidence, documentation, or other information relied upon by law enforcement personnel and prosecutors to conclude the Mr. Evetts is a member of the group identified in the indictment as "a North Texas Antifa Cell."  This is a second request for matters already requested at paragraph 22 of reference (c).  A negative response is requested, if applicable.

19.  Please provide any and all public statements made concerning this case by the U.S. Attorney for the Northern District of Texas, other United States Department of Justice personnel, or any statement attributed to a member of the Executive Branch of the United States government.  This is a more specific request for matters already requested at paragraph 24 of reference (c).  A negative response is requested, if applicable.

20. This is a continuing request for discovery.  That is, if after the time of receipt of this request, you receive additional matters that meet the criteria of the above requested matters, please forward such matters, or give notice if applicable, as soon as possible.  Thank you for all your cooperation in this matter, and please advise me when you have received this request.

                                                Semper Fidelis,

                                                Patrick J. McLain