

# LAW OFFICE OF PATRICK J MCLAIN, PLLC

| | |
|---|---:|
| 900 Jackson Street, Suite 640 | 402 West Broadway, Suite 1230 |
| Dallas, Texas 75202 | San Diego, California 92101 |
| e-mail: patrick@patrickjmclain.com | phone: 214.416.9100 |

---

3 November 2025

Office of the US Attorney, Northern District of Texas
(Attn: AUSAs Shawn Smith, Frank L. Gatto, and Matthew Capoccia)
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102

Subj:   FOURTH REQUEST FOR DISCOVERY UNDER FED.R.CRIM.PRO. 16 IN THE CASE OF US v. ARNOLD et al (NDTX CASE NO. 4:25-CR-00259-P)

Ref:    (a) Federal Rule of Criminal Procedure 16
        (b) scheduling order (NDTX No. 4:25-CR-00259-P (doc. 84) dated 21 Oct 25

1. This is our third supplemental, or fourth overall, discovery request under reference (a) and case law pertaining to discovery in federal criminal cases.  Please let us know when you receive this request.  Reference (b) permits you seven days to respond to this request, but we request at least an initial response by 0900 on Friday, 7 November 2025, in order to be prepared for trial scheduled to begin on Monday, 24 November 2025.

2. Please provide the full names and any other available identifying information of all detainees held at the Prairieland Detention Center on 4 July 2025.  If it is possible to limit your response to only those detainees held in cells with westward-facing windows, that will be sufficient to meet the purposes of this request.  If it is not possible to do so, please provide a complete list.  We have reason to believe those detainees held in cells with westward-facing windows witnessed some or all of the events at issue in this case.

3. For each individual listed in response to paragraph 2, please indicate whether the detainee is still in the custody of the United States as of 3 November 2025.  For those still in custody, please provide the detainee's location as of 3 November 2025.  For those not still in custody, please provide information regarding the disposition of their custody (i.e., they may have been released, turned over to another jurisdiction, or deported).

4. This is a continuing request for discovery.  That is, if after the time of receipt of this request, you receive additional matters that meet the criteria of the above requested matters, please forward such matters, or give notice if applicable, as soon as possible.  Thank you for all your cooperation in this matter, and please advise me when you have received this request

Semper Fidelis,

*Patrick J. McLain*
Patrick J. McLain