Outlook

**RE: Our Case (Evetts) - Fourth Defense Discovery Request**

| | |
|---|---|
| **From** | Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov> |
| **Date** | Thu 12/11/2025 9:43 AM |
| **To** | Brian Bouffard <brian@patrickjmclain.com> |
| **Cc** | Lacy Crisler <lacy@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Patrick McLain <patrick@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov> |

The government is proceeding diligently with its review.

**From:** Brian Bouffard <brian@patrickjmclain.com>
**Sent:** Thursday, December 11, 2025 9:34 AM
**To:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>
**Cc:** Lacy Crisler <lacy@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Patrick McLain <patrick@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>
**Subject:** [EXTERNAL] Re: Our Case (Evetts) - Fourth Defense Discovery Request

I certainly do see ECF 95.  Have you seen ECF 119, para. 3?

We are fully aware of CIPA procedures and require no overview.  We trust that your "prudential search" for classified information is actually underway and is being conducted legitimately and in good faith (as opposed to it having been raised simply in order to prompt the Court to give the Government a lengthy continuance it didn't have to report to Main Justice that it wanted - we of course do not believe this to be the case, but "many people are saying" is a low proof threshold even by state propaganda standards).

If you are refusing to respond substantively to our discovery request, as appears to be your consistent approach for some reason, please review the scheduling order, which sets forth your responsibility to "respond in writing to any request made ... within 7 days of receipt of" our request.  We ask that you please include, if applicable, some estimate as to how long your "prudential search" is expected to take.  This will inform the pending filing of our Section 2 motion for pretrial conference, depending on how reasonable your assessment (if you provide one at all) appears to be.

**From:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>
**Sent:** Thursday, December 11, 2025 8:48 AM
**To:** Brian Bouffard <brian@patrickjmclain.com>
**Cc:** Lacy Crisler <lacy@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Patrick McLain <patrick@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Thom, Michelle (USATXN)

<Michelle.Thom@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>
**Subject:** RE: Our Case (Evetts) - Fourth Defense Discovery Request

See ECF # 95.

---

**From:** Brian Bouffard <brian@patrickjmclain.com>
**Sent:** Wednesday, December 10, 2025 11:17 AM
**To:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>
**Cc:** Lacy Crisler <lacy@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Patrick McLain <patrick@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>
**Subject:** [EXTERNAL] Our Case (Evetts) - Fourth Defense Discovery Request

Gentlemen,

Please find the subject document attached, and please confirm your receipt.  Thank you.

V/r,

Brian



**Brian Bouffard, J.D., LL.M. | Associate Attorney**

Law Office of Patrick J. McLain, PLLC

**Office**: 214-416-9100  **Fax**: 972-502-9879  **Cell**: 469-838-6239

800 W. Weatherford St., Suite 420

Fort Worth, TX  76102

**patrickjmclain.com**

We serve our clients in offices from coast to coast.

Our handbook for clients is now available on Amazon!

https://www.amazon.com/Facing-Civil-Military-Criminal-Charges/dp/1951149106

 Outlook

## RE: our case (US v Evetts NDTX Case 4:25-cr-00259-P) third supplemental defense discovery request

| | |
|---|---|
| From | Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov> |
| Date | Mon 11/3/2025 3:10 PM |
| To | Brad Sauer <brad@patrickjmclain.com>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go <Nataly.Nunez.Vasquez@usdoj.go>; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov>; Capoccia, Matthew (USATXN) <Matthew.Capoccia@usdoj.gov> |
| Cc | Brian Bouffard <brian@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>; Patrick McLain <patrick@patrickjmclain.com> |

This information is neither relevant nor material nor rule 16.

**From:** Brad Sauer <brad@patrickjmclain.com>
**Sent:** Monday, November 3, 2025 3:08 PM
**To:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov>; Capoccia, Matthew (USATXN) <Matthew.Capoccia@usdoj.gov>
**Cc:** Brian Bouffard <brian@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>; Patrick McLain <patrick@patrickjmclain.com>
**Subject:** [EXTERNAL] our case (US v Evetts NDTX Case 4:25-cr-00259-P) third supplemental defense discovery request

AUSA Smith,

Good afternoon. On behalf of Mr. McLain, please find attached Defendant Evetts's fourth discovery request (third supplemental). Thank you.

Very respectfully,



**Brad Sauer**
Associate Attorney, Law Office of Patrick J. McLain
P: 214-416-9100 | F: 972-502-9879
patrickjmclain.com
900 Jackson Street STE 640, Dallas, Texas 75202
We serve our clients in offices from coast to coast.

 Outlook

**RE: our case (US v Evetts NDTX Case 4:25-cr-00259-P) third (second supplemental) defense discovery request**

| | |
|---|---|
| From | Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov> |
| Date | Mon 10/27/2025 3:45 PM |
| To | Patrick McLain <patrick@patrickjmclain.com>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go <Nataly.Nunez.Vasquez@usdoj.go>; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov> |
| Cc | Brian Bouffard <brian@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com> |

In response to your third discovery request, the government has complied and will continue to comply with its discovery obligation under Fed. R. Crim. P. 16 and 26.2, 18 U.S.C. § 3500, Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972).  In addition, the government is aware of its continuing obligation to provide new and/or newly discovered information, and it will comply with that obligation.

Please confirm that you have reviewed all five terabytes of discovery previously provided to you, and then identify what you believe you are missing.  For example, paragraphs 6 and 15 of your letter have been provided to you as part of the five terabytes of data.  In another example, you continue to ask for gun-shot residue tests of your client (para. 8 of your letter).  However, if you have watched the bodycam arrest of your client that has been provided then you know that no gun-shot residue test was performed on your client.  This information was also disclosed at your client's probable cause hearing.  As to victim medical records, the government does not have any medical records.  The victim statement documents him being shot and the pictures of the gunshot wound have been produced to you.

In addition, you ask for unredacted reports (para. 2 of your letter), but the reports are not redacted in this case because of the protective order.  As to paragraph 10, all reports document the names of those officers involved in the case, and over 150 bodycams have been produced to you with officer name and involvement.  On ANTIFA, multiple proffer reports detail ANTIFA and SRA affiliation in this case.  In addition, an expert report will be filed in this case on ANTIFA.  On public statements made by the US Attorney and others in the Department of Justice, those have been made public and are easily obtainable by you.  As to plea agreements reached in this case (para. 14 of your letter), those will be filed as they are reached.

Again, please identify something specific you believe you are missing that actually exists that has not already been provided to you in discovery.

**From:** Patrick McLain <patrick@patrickjmclain.com>
**Sent:** Monday, October 27, 2025 3:00 PM

**To:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov>
**Cc:** Brian Bouffard <brian@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>
**Subject:** [EXTERNAL] RE: our case (US v Evetts NDTX Case 4:25-cr-00259-P) third (second supplemental) defense discovery request

AUSAs Smith and Gatto et al.:

Please see attached our third discovery request, made in accordance with our duties to our client and in conformance with paragraph 3 of the Court's scheduling order of 21 October 2025 (doc. 84). We do not expect to make another request for discovery before the motions deadline of 3 November 2025, but we hope that we can resolve these discovery issues with counsel for the government before then. We will make a motion to the Court to compel discovery and production if the government does not produce the requested evidence or respond in a way that is in conformance with the Court's scheduling order.

Semper Fi, Patrick McLain

Texas offices:
900 Jackson Street, Suite 640
Dallas, Texas 75202

800 W. Weatherford, Suite 420
Fort Worth, Texas 76102

1650 W. Virginia Street, Suite 209
McKinney, Texas 75069

phone:   214.416.9100
e-mail:   patrick@patrickjmclain.com

The Law Office of  Patrick J McLain PLLC

LEGAL DISCLAIMER/WARNING (in plain English): This email discusses legal matters. If it is not for you, please do not retain it. If you retain it, you could be violating the law, and revealing the message's contents to someone else could be a further violation of the law. So, if this message is not for you, please delete it, and notify the sender. Thank you.

 Outlook

**Re: our case (US v Evetts NDTX Case 4:25-cr-00259-P) first supplemental defense discovery request**

| | |
|---|---|
| From | Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov> |
| Date | Tue 10/21/2025 9:50 PM |
| To | Patrick McLain <patrick@patrickjmclain.com>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go <Nataly.Nunez.Vasquez@usdoj.go>; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov> |
| Cc | Brian Bouffard <brian@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com> |

Your requests are clearly form documents, which are generic in nature and continue to lack any specificity to this case.  You identify no item you believe you are missing nor do you document an inability to access the voluminous discovery provided to you.  The government will be introducing all relevant evidence against your client in his trial.  The government has not identified any extraneous evidence that is not part and parcel of the charged conspiracy.  Also, the government has not identified any 807-type statements.

**From:** Patrick McLain <patrick@patrickjmclain.com>
**Sent:** Tuesday, October 21, 2025 9:32 PM
**To:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go <Nataly.Nunez.Vasquez@usdoj.go>; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov>
**Cc:** Brian Bouffard <brian@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>
**Subject:** [EXTERNAL] RE: our case (US v Evetts NDTX Case 4:25-cr-00259-P) first supplemental defense discovery request

AUSA Smith:

Though I do not think that my duties include verification of discovery review to opposing counsel, I assure you that I and my team have indeed plowed through the discovery you

have sent. But you asked for specificity. So, please see the attached first supplement, or second discovery request.

As you know, FRE 404b and FRE 807 have notice requirements. Though those notice requirements does not require a request for such notice, because we have a due date of 27 October for motions in limine, we are affirmatively asking for those notices now, to meet our obligations timely under our scheduling order. Thank you, in advance, for your compliance with this duty and request.

Semper Fi, Patrick McLain

Texas offices:
900 Jackson Street, Suite 640
Dallas, Texas 75202

800 W. Weatherford, Suite 420
Fort Worth, Texas 76102

1650 W. Virginia Street, Suite 209
McKinney, Texas 75069

phone:    214.416.9100
e-mail:   patrick@patrickjmclain.com

The Law Office of  Patrick J McLain PLLC

LEGAL DISCLAIMER/WARNING (in plain English): This email discusses legal matters. If it is not for you, please do not retain it. If you retain it, you could be violating the law, and revealing the message's contents to someone else could be a further violation of the law. So, if this message is not for you, please delete it, and notify the sender. Thank you.

---

**From:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>
**Sent:** Tuesday, October 21, 2025 9:02 PM
**To:** Patrick McLain <patrick@patrickjmclain.com>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov>
**Cc:** Brian Bouffard <brian@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa

<byanca@patrickjmclain.com>
**Subject:** Re: our case (US v Evetts NDTX Case 4:25-cr-00259-P) first defense discovery request

Please confirm that you have reviewed all 5 terabytes of the discovery previously provided to you, then kindly itemize what you believe you are missing (if anything).  Thank you.

---

**From:** Patrick McLain <patrick@patrickjmclain.com>
**Sent:** Tuesday, October 21, 2025 8:42 PM
**To:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go <Nataly.Nunez.Vasquez@usdoj.go>; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov>
**Cc:** Brian Bouffard <brian@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>
**Subject:** [EXTERNAL] RE: our case (US v Evetts NDTX Case 4:25-cr-00259-P) first defense discovery request

Shawn:

You may be a fast reader, but since you replied within ten minutes, I suspect that you may not have read the request.  There are matters in the request that I reasonably believe that you have not yet provided, but should.  I will ask attorney Brian Bouffard to contact AUSA Gatto, and perhaps those two shipmates can cut to the chase to get this done expediently in accordance with our very abbreviated trial schedule timeline.

Semper Fi, Patrick McLain

Texas offices:
900 Jackson Street, Suite 640
Dallas, Texas 75202

800 W. Weatherford, Suite 420
Fort Worth, Texas 76102

1650 W. Virginia Street, Suite 209
McKinney, Texas 75069

phone:     214.416.9100
e-mail:    patrick@patrickjmclain.com

The Law Office of Patrick J McLain PLLC

LEGAL DISCLAIMER/WARNING (in plain English): This email discusses legal matters. If it is not for you, please do not retain it. If you retain it, you could be violating the law, and revealing the message's contents to someone else could be a further violation of the law. So, if this message is not for you, please delete it, and notify the sender. Thank you.

---

**From:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>
**Sent:** Tuesday, October 21, 2025 8:37 PM
**To:** Patrick McLain <patrick@patrickjmclain.com>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov>
**Cc:** Brian Bouffard <brian@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>
**Subject:** Re: our case (US v Evetts NDTX Case 4:25-cr-00259-P) first defense discovery request

Discovery has been provided to you; please let me know if you believe you are missing something.

---

**From:** Patrick McLain <patrick@patrickjmclain.com>
**Sent:** Tuesday, October 21, 2025 8:27 PM
**To:** Smith, Shawn (USATXN) 7 <Shawn.Smith2@usdoj.gov>; Gatto, Frank (USATXN) <Frank.Gatto@usdoj.gov>; Hernandez-Soto, Betsy (USATXN) <Betsy.Hernandez-Soto@usdoj.gov>; Withers, Janise (USATXN) <Janise.Withers@usdoj.gov>; Thom, Michelle (USATXN) <Michelle.Thom@usdoj.gov>; Nataly.Nunez.Vasquez@usdoj.go <Nataly.Nunez.Vasquez@usdoj.go>; Smith, Paula A. (USATXN) 2 <Paula.A.Smith@usdoj.gov>; Anderson, Victoria (USATXN) <Victoria.Anderson@usdoj.gov>; Plowman, Colleen (USATXN) <Colleen.Plowman@usdoj.gov>; Smith, Glenna (USATXN) <Glenna.Smith@usdoj.gov>; Thomas, Sierra (USATXN) [Contractor] <Sierra.Thomas@usdoj.gov>
**Cc:** Brian Bouffard <brian@patrickjmclain.com>; Brad Sauer <brad@patrickjmclain.com>; Natalie McLain <natalie@patrickjmclain.com>; Michelle Araujo <michelle@patrickjmclain.com>; Lacy Crisler <lacy@patrickjmclain.com>; Cecilia Garduno <cecilia@patrickjmclain.com>; Byanca Ochoa <byanca@patrickjmclain.com>
**Subject:** [EXTERNAL] RE: our case (US v Evetts NDTX Case 4:25-cr-00259-P) first defense discovery request

AUSAs Smith and Gatto:

Attached is our first discovery request on behalf of Defendant Evetts. Please acknowledge when received. Please keep the folks on the Cc line in communications about this case,

and please advise if you want all the persons on the To line copied on correspondence and, if not, whom you want us to copy in our comm with you.

Thank you.  Semper Fi, Patrick McLain

Texas offices:
900 Jackson Street, Suite 640
Dallas, Texas 75202

800 W. Weatherford, Suite 420
Fort Worth, Texas 76102

1650 W. Virginia Street, Suite 209
McKinney, Texas 75069

phone:      214.416.9100
e-mail:       patrick@patrickjmclain.com

The Law Office of  Patrick J McLain PLLC

LEGAL DISCLAIMER/WARNING (in plain English): This email discusses legal matters.  If it is not for you, please do not retain it.  If you retain it, you could be violating the law, and revealing the message's contents to someone else could be a further violation of the law.  So, if this message is not for you, please delete it, and notify the sender.  Thank you.

---

From: ecf_txnd@txnd.uscourts.gov <ecf_txnd@txnd.uscourts.gov>
Sent: Tuesday, October 21, 2025 10:55 AM
To: Courtmail@txnd.uscourts.gov
Subject: Activity in Case 4:25-cr-00259-P USA v. Arnold et al Scheduling Order

### U.S. District Court Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered on 10/21/2025 at 10:54 AM CDT and filed on 10/21/2025
**Case Name:**           USA v. Arnold et al
**Case Number:**       4:25-cr-00259-P
**Filer:**
**Document Number:** 84

**Docket Text:**
**SCHEDULING ORDER FOR CRIMINAL TRIAL AND PRETRIAL ORDER as to Cameron Arnold, Zachary Evetts: This case is set for jury trial at 9:00 am on Monday, November**

24, 2025 in Fort Worth, Texas, 4th Floor Courtroom. Motions due by 11/3/2025. (Ordered by Judge Mark Pittman on 10/21/2025) (saw)

**4:25-cr-00259-P-1 Notice has been electronically mailed to:**

Patrick J McLain     patrick@patrickjmclain.com, byanca@patrickjmclain.com, cecilia@patrickjmclain.com, lacy@patrickjmclain.com, michael@patrickjmclain.com, michelle@patrickjmclain.com, natalie@patrickjmclain.com

Brian Matthew Bouffard     brian@patrickjmclain.com, byanca@patrickjmclain.com, cecilia@patrickjmclain.com, lacy@patrickjmclain.com, michelle@patrickjmclain.com, natalie@patrickjmclain.com

Shawn Smith-DOJ     shawn.smith2@usdoj.gov, Betsy.Hernandez-Soto@usdoj.gov, CaseView.ECF@usdoj.gov, Janise.Withers@usdoj.gov, Michelle.Thom@usdoj.gov, Nataly.Nunez.Vasquez@usdoj.gov, Paula.A.Smith@usdoj.gov, Victoria.Anderson@usdoj.gov, colleen.plowman@usdoj.gov, glenna.smith@usdoj.gov, sierra.thomas@usdoj.gov

Cody Lee Cofer     ccofer@coferluster.com, notices@coferluster.com

James Luster     jluster@coferluster.com, notices@coferluster.com

Bradley John Sauer     brad@patrickjmclain.com