IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CAUSE NO.: 4:25-cr-00259-P |
| ZACHARY EVETTS (2) | § § | |

**ORDER ON DEFENDANT ZACHARY EVETTS' AMENDED MOTION FOR DISCOVERY AND INSPECTION OF EVIDENCE**

CAME ON TO BE CONSIDERED Defendant Evetts's Amended Motion for Discovery and Inspection of Evidence. Having considered the Amended Motion and argument of counsel, the Court hereby enters the rulings on the Amended Motion as stated below. The first item is the Court's order on the Government's obligation to respond in writing to Defendant Evetts's discovery requests. The sequential numbers that follow correspond to the item numbers in the Defendant's Amended Motion.

Respond in Writing  _____ GRANTED  /  _____ DENIED

1. _____ GRANTED  /  _____ DENIED
2. _____ GRANTED  /  _____ DENIED
3. _____ GRANTED  /  _____ DENIED
4. _____ GRANTED  /  _____ DENIED
5. _____ GRANTED  /  _____ DENIED
6. _____ GRANTED  /  _____ DENIED
7. _____ GRANTED  /  _____ DENIED
8. _____ GRANTED  /  _____ DENIED
9. _____ GRANTED  /  _____ DENIED
10. _____ GRANTED  /  _____ DENIED

11. _____ GRANTED   /   _____ DENIED

12. _____ GRANTED   /   _____ DENIED

13. _____ GRANTED   /   _____ DENIED

14. _____ GRANTED   /   _____ DENIED

15. _____ GRANTED   /   _____ DENIED

**So ORDERED and SIGNED this \_\_\_\_\_ day of _____ 2026.**