UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                                          No. 4:25-cr-00259-P

**ZACHARY EVETTS (02),**

   Defendant.

# ORDER

Before the Court is Defendant Evetts's Amended Motion for Discovery and Inspection of Evidence. ECF No. 166. Having considered the filing, Government's Response (ECF No. 175), and appropriate law, the Court **DENIES** the Motion.

The Court is profoundly troubled at what appears to be blatant disregard of not only the Court's previous Order (ECF No. 103), but also the principles in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), the Texas Lawyer's Creed, and the Texas Rules of Professional Conduct. Even more disturbing are the brazen allegations of ethical violations, made while misrepresenting to the Court the nature of communications between the parties. *See, generally,* ECF No. 166; ECF No. 175 at 2.

The Court previously cautioned the parties that it does not take the *Dondi* obligations lightly and it will not tolerate frivolous motions. ECF No. 103. The Court further warned counsel that failure to conform to the requisite standards shall result in sanctions without further notice. ECF No. 103 (citing *Dondi Properties Corp.*, 121 F.R.D. at 288 ("Malfeasant counsel can expect instead that their conduct will prompt an appropriate response from the court, including the range of sanctions the Fifth Circuit suggests in the Rule 11 context.")).

Accordingly, the Court sees no other option than to **SET** a **SHOW CAUSE HEARING** on **Wednesday, January 14, 2026, at 8:30 a.m.** in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. All counsel for Defendant Zachary Evetts is required to attend. Counsel shall be prepared to show cause why they should not be sanctioned for repeated frivolous motions, disobeying the Court's previous Order (ECF No. 103), and flagrant disregard of *Dondi*, the Texas Lawyer's Creed, and the Texas Rules of Professional Conduct.

**SO ORDERED** on this **9th day of January 2026.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE