IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § § | NO. 4:25-CR-00259 – P |
| AUTUMN HILL (01) ZACHARY EVETTS (02) BENJAMIN HAMIL SONG (03) SAVANNA BATTEN (04) MEAGAN MORRIS (05) MARCELA RUEDA (06) ELIZABETH SOTO (07) INES SOTO (08) | ` § § § § § § § § § | |

## MOTION FOR ADDITIONAL PEREMPTORY STRIKES

TO THE HONORABLE MARK T. PITTMAN:

**COMES NOW THE ABOVE-NAMED DEFENDANTS**, by and through their attorneys of record, and respectfully moves this Honorable Court to grant additional peremptory strikes for the Defendants in this case pursuant to Rule 24(b) of the Federal Code of Criminal Procedure and the Sixth Amendment of the United States. The Defendants would respectfully show unto the Court he following:

I.

Rule of Criminal Procedure 24(b) states that "[t]he court may allow additional peremptory challenges to multiple Defendants and may allow the defendants to exercise those challenges separately or jointly." Fed.R.Crim.P. 24(b). Currently the Court has authorized 10 strikes for the Defense and 6 for the Government, which is

the minimum number of strikes required by Rule 24. Due to the complex nature of the case, the Defense requests each Defendant be granted 2 preemptory challenges. While it is likely that the Defendants will coordinate their use of peremptory challenges to the extent practicable, this ensures that each defendant has 2 preemptory challenges to be used as desired. This will account for the potential of unique and possibly inapposite trial strategies thus ensuring each defendant has an equal opportunity to protect their own Sixth Amendment to an impartial jury.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully pray that this Honorable Court grant the Defense additional strikes due to the complex nature and large number of co-defendants involved in this case.

Respectfully submitted,

/s/ Blake Burns
Blake Burns
State Bar No. 24066989
115 North Henderson Street
Fort Worth, Texas 76102
bburnslaw@gmail.com
Phone 817/870-1544
Fax 817-870-1589
**Attorney for Elizabeth Soto**

/s/ Harmony Schuerman
Harmony Schuerman
State Bar No.: 24062991
115 North Henderson Street
Fort Worth, Texas 76102
Phone: 817-406-8665
harmony@hmscriminallaw.com
**Attorney for Elizabeth Soto**

/s/ Leigh W. Davis
Leigh W. Davis
State Bar No. 24029505
1901 Central Drive, Suite 730
Bedford, Texas 76021
lwd@leighwdavis.com
Phone: 817-868-9500
**Attorney for Ines Soto**


/s/ MarQuetta A. Clayton
MarQuetta A. Clayton
State Bar No.: 24091554
5555 Bridge Street, Suite 102
Fort Worth, Texas 76112
Phone: 469-251-2554
mclayton@theclaytonlaw.com
**Attorney for Maricela Reuda**


/s/ Patrick J. McLain
Patrick J. McLain
State Bar No.: 13737480
900 Jackson Street, Suite 640
Dallas, Texas 75204
Telephone: (214) 416-9100
patrick@patrickjmclain.com
**Attorney for Zachary Evetts**

/s/ Phillip Hayes
Phillip Hayes
State Bar No.: 24012803
3300 Oaklawn Avenue, Suite 600
Dallas, Texas 75219
Phone: 214-774-0488
Phayes1995@hotmail.com
**Attorney for Benjamin Song**

/s/ Warren St. John
Warren St. John
State Bar No.: 18986300
801 Cherry St., Unit 5
Fort Worth, TX
Phone: 214-336-1346
jwlawyer1896@yahoo.com
**Attorney for Meagan Morris**

/s/ Miles Brissette
Miles Brissette
State Bar No.: 50511628
3663 Airport Fwy
Fort Worth, TX
Phone: 817-803-6918
info@gillbrissette.com
**Attorney for Meagan Morris**

/s/ Christopher Tolbert
Christopher Tolbert
State Bar No.: 24080530
511 E John W. Carpenter Fwy, Ste. 500
Dallas, TX
Phone: 817-380-8008
chris@tolbertlawpc.com
**Attorney for Savanna Batten**

/s/ Cody Cofer
Cody Cofer
State Bar No.: 24066643
604 E 4th St Ste 101
Fort Worth, TX
Phone: 817-777-3336
ccofer@coferluster.com
**Attorney for Autumn Hill**

>/s/ James Luster
>James Luster
>State Bar No.: 24061994
>604 E 4th St Ste 101
>Fort Worth, TX
>Phone: 817-777-3336
>jluster@coferluster.com
>**Attorney for Autumn Hill**

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 5, 2026, I conferred with Shawn Smith, Assistant United States Attorney. He does object to the granting of this motion. The Public Defender's Office is taking no position on the motion.

>/s/ Blake Burns
>Blake Burns

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who have consented in writing to accept this notice as service of this document by electronic means: Shawn Smith, 801 Cherry Street, Fort Worth, Texas 76102.

/s/ Blake Burns
Blake Burns