UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                  No. 4:25-cr-00259-P

**CAMERON ARNOLD (01),**
**ZACHARY EVETTS (02),**
**BENJAMIN HAMIL SONG (03),**
**SAVANNA BATTEN (04),**
**MEAGAN MORRIS (05),**
**MARCELA RUEDA (06),**
**ELIZABETH SOTO (07),**
**INES SOTO (08),**
**DANIEL ROLANDO**
**SANCHEZ ESTRADA (09),**

    Defendants.

## ORDER

Before the Court is Defendant Ines Soto's Motion to Reconsider the Objection Procedure. ECF No. 194. Having reviewed the filing and the relevant law, the Court finds that the Motion should be and hereby is **GRANTED**.

Accordingly, the Court **ORDERS** that any objection made by a Defendant will be construed as an objection raised by **all** Defendants to avoid duplicative objections. If desired, a Defendant may choose to **affirmatively opt-out** of the raised objection by saying so at the time an objection is lodged.

**SO ORDERED** on this **10th day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE