UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                            No. 4:25-cr-00259-P

**CAMERON ARNOLD, ET AL.,**

   Defendants.

# ORDER

This case is **SET** for a jury trial to begin on **Tuesday, February 17, 2026, at 9:00 a.m.,** in the **second-floor courtroom** of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102. Due to other matters on the Court's docket, the Court exercises its right to limit the time for arguments, examining witnesses, and the number of witnesses to be called, in order to prevent unnecessary expense or delay. *See* Judge Specific Requirements; *see also U.S. v. Gray*, 105 F.3d 956 (5th Cir. 1997). The Court therefore **ORDERS as follows**:

(1) The parties' allotted time for trial will be limited as follows:
  a. voir dire, 40 minutes for the United States and 10 minutes for each Defendant;
  b. opening statements, 40 minutes for the United States and one hour total for all Defendants;
  c. trial time, 35 hours for the United States and 35 hours total for all Defendants; and
  d. closing arguments, one hour for the United States and one hour and twenty minutes total for all Defendants.
(2) Each exhibit must be labeled prior to trial by a gummed label containing the identity of the offering party, the exhibit number, and the cause number.
(3) If any electronic equipment is needed in the courtroom, notify Brian Rebecek, Fort Worth Division Manager, at 817-850-6613.

(4) Voir Dire in this case will be conducted initially by the Court, with each party being allotted time for supplementary voir dire.

**SO ORDERED** on this **11th day of February 2026.**

*[signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE