UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                    No. 4:25-cr-00259-P

**ZACHARY EVETTS (02),**

   Defendant.

## ORDER

Before the Court is Defendant Zachary Evetts's Motion to Amend Pretrial Order Limiting Time for Opening Statements and Closing Arguments (ECF 265) ("Motion"). ECF No. 301. Having considered the filing and relevant law, the Court finds that the Motion should be and hereby is **DENIED in part.**

On February 11, 2026, the Court imposed time limitations on the trial set to begin on February 17, 2026 pursuant to the Judge Specific Requirements and *U.S. v. Gray*, 105 F.3d 956 (5th Cir. 1997). ECF No. 265. On February 16, 2026, the day before trial, Defendant Evetts filed this Motion. The Motion requested additional time for opening statements and for closing arguments.

The request for additional time for opening statements is **DENIED.** The Court will reserve ruling on the request for additional closing argument time until after the presentation of evidence.

**SO ORDERED** on this **16th day of February 2026.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE