UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.    No. 4:25-cr-00259-P

**CAMERON ARNOLD, ET AL.,**

   Defendants.

# ORDER

The Court hereby **SETS** the above-captioned case for a jury trial to begin on **Monday, February 23, 2026, at 9:00 a.m.,** in the **fourth-floor courtroom** of the Eldon B. Mahon Federal Courthouse at 501 W. 10th Street, Fort Worth, Texas 76102. Due to other pressing matters on the Court's docket, the Court exercises its right to limit the time for arguments, examining witnesses, and the number of witnesses to be called, in order to prevent unnecessary expense or delay. *See* Judge Specific Requirements; *see also U.S. v. Gray*, 105 F.3d 956 (5th Cir. 1997). The Court therefore **ORDERS as follows**:

(1) Voir dire will be conducted by the Court.[1] Accordingly, the parties shall file **<u>under seal</u>** a list of questions for the Court to consider **on or before February 20, 2026 at 12:00 p.m.**

(2) The parties' allotted time for trial will be limited as follows:

    a. opening statements, 30 minutes for the United States and 8 minutes for each Defendant;

    b. trial time, 35 hours for the United States and 35 hours total for all Defendants; and

---

[1] "The court may examine prospective jurors or *may* permit the attorneys for the parties to do so." FED. R. CRIM. P. 24 (emphasis added). In fact, the Court has broad discretion in determining how best to conduct voir dire and in deciding whether to excuse a juror. *See Rosales-Lopez v. U.S.*, 451 U.S. 182, 189 (1981). "[N]o authority creates a constitutional right to attorney-led voir dire." *Darden v. Snow*, 849 Fed. Appx. 100, 101 (5th Cir. 2021).

      c. closing arguments, 45 minutes for the United States and 12 minutes for each Defendant.

(3) Each exhibit must be labeled prior to trial by a gummed label containing the identity of the offering party, the exhibit number, and the cause number.

(4) Given the Court's limited resources, the parties may view the layout of the Courtroom and test equipment only on **February 20, 2026, from 1:00 p.m. to 2:00 p.m.** If any electronic equipment is needed in the courtroom, notify Brian Rebecek, Fort Worth Division Manager, at 817-850-6613.

(5) Any attorney that has not made an appearance in the case but anticipates sitting at counsel table shall file a notice of appearance **on or before February 19, 2026, at 12:00 p.m.** Attorneys who have not made an appearance in this case will not be allowed at counsel table during the trial.

Additionally, before the Court is the Government's Motion for Additional Peremptory Challenges. ECF No. 307. Having considered the filing and the relevant law, the Court finds that the Motion should be and hereby is **GRANTED in part and DENIED in part.** Accordingly, the Government shall have 9 peremptory strikes. Each Defendant shall have 2 peremptory strikes, in accordance with the Court's Order at ECF No. 259. The Court anticipates empaneling a jury of 14.

**SO ORDERED** on this **18th day of February 2026.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE