IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff*, | |
| v. | No. 4:25-CR-259-P |
| **CAMERON ARNOLD, ET AL.,** | |
| *Defendants*. | |

## UNITED STATES' MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM PRESENTING LEGALLY INVALID DEFENSE

For the reasons explained in the attached brief in support, the United States respectfully moves in limine for an order barring the Defendants from introducing any further evidence or argument at trial that relate to legally invalid claims of self-defense or defense of others.

Dated: February 27, 2026

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Matthew Capoccia*
Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: matthew.capoccia@usdoj.gov

United States' Mot. in Lim. for Legally Invalid Defense - **Page 1**

# CERTIFICATE OF CONFERENCE

I hereby certify that I conferred by email regarding the relief requested in this motion with counsel for all Defendants on February 27, 2026, and attached the draft brief in support of the motion for their review. Counsel for Cameron Arnold/Autumn Hill confirmed their client opposes the motion. Counsel for the following Defendants stated they were not able to provide a position:

- Savanna Batten (Chris Tolbert)
- Bradford Morris/Meagan Morris (Miles Brissette)
- Elizabeth Soto (Harmony Schuerman)
- Ines Soto (Leigh W. Davis)

As of the time of filing, the United States has received no response from the following Defendants:

- Zachary Evetts
- Maricela Rueda
- Benjamin Song
- Daniel Estrada

*/s/ Matthew Capoccia*
Matthew Capoccia
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney of record who has consented in writing to accept this Notice as service of this document by electronic means. A courtesy copy of the filed motion has also been emailed to the above-mentioned defense counsel.

*/s/ Matthew Capoccia*
Matthew Capoccia
Assistant United States Attorney